IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:16-cr-215 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Honorable Liam O'Grady |
| GENNARO MATTIACCIO, | ) | |
| | ) | |
| Defendant | ) | Trial Date: January 17, 2017 |
| | ) | |

## GOVERNMENT'S TRIAL EXHIBIT LIST

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Kimberly R. Pedersen and Samantha P. Bateman, Assistant United States Attorneys, hereby submits its list of trial exhibits.

| Exh. No. | Description | Bates Number | Offer | Admit |
|---|---|---|---|---|
| | | | | |
| | **Social Security Administration Records** | | | |
| 1-0 | ICLM Summary (2/1/2013) | US-00036643-36645 | | |
| 1-1 | Application for Disability Insurance Benefits (2/5/2013) | US-0008381-8382 | | |
| 1-2 | Amendments to Application (3/19/2013) | US-0008413-8414 | | |
| 1-3 | Function Report (7/15/2013) | US-0008181-8191 | | |
| 1-4 | Request for Reconsideration (9/16/2013) | US-0008383 | | |
| 1-5 | Function Report (10/21/2013) | US-0008421-8428 | | |
| 1-6 | Disability Report – Appeal Form SSA-3441 (9/15/2013) | US-0008252-8259 | | |

| | | | | |
|---|---|---|---|---|
| 1-7 | Request for Hearing by ALJ (12/13/2013) | US-0008384-8385 | | |
| 1-8 | Disability Report – Appeal Form SSA-3441 (12/18/2013) | US-008406-8412 | | |
| 1-9 | Daily Activities Questionnaire (12/26/2013) | US-0008550-8554 | | |
| 1-10 | Disability Report, Form SSA-3368 | US-0008000-8006 | | |
| 1-11 | Work History Report, Form SSA-3369 | US-0008007-8015 | | |
| 1-12 | Report of Continuing Disability Interview, Form SSA-454 (5/16/2016) | US-0007983-7996 | | |
| 1-13 | Continuing Disability Review Report Form SSA-454 | US-00032589-32594 | | |
| 1-14 | ALJ Hearing Audio Recording (approx. 50 minutes) (3/20/2014) | US-0007997 | | |
| 1-14A | ALJ Hearing Transcript (3/20/2014) | US-00039490 - 39545 | | |
| 1-15 | Disability Determination Explanation – Initial Level (9/3/2013) | US-0008228-8239 | | |
| 1-16 | SSA ODAR Letter to Mattiaccio Notice of Disapproved Claim (9/4/2013) | US-0008241-8245 | | |
| 1-17 | Disability Determination Explanation – Reconsideration Level (11/27/2013) | US-008354-8370 | | |
| 1-18 | SSA Notice of Reconsideration (11/27/2013) | US-0008372-8374 | | |
| 1-19 | SSA ODAR Letter to Mattiaccio (12/24/2013) | US-0008386-8405 | | |
| 1-20 | SSA ODAR Notice of Hearing (2/10/2014) | US-0008646-8663 | | |
| 1-21 | SSA ODAR Notice of Decision – Fully Favorable (3/25/2014) | US-0008721-8733 | | |
| 1-22 | Disability Determination Transmittal (4/11/2014) | US-0008734-8735 | | |
| 1-23 | Disability Determination Explanation – DIB Claim at the CDR – Initial Level (6/9/2016) | US-0032451-32460 | | |

| | | | | |
|---|---|---|---|---|
| 1-24 | SSA Retirement, Survivors & Disability Insurance Letter to Mattiaccio (6/9/2016) | US-00032602-32605 | | |
| 1-25 | SSA ODAR Unfavorable – Initial Adult Decision (11/15/2016) | US-0037363-37383 | | |
| 1-26 | SSA Master Beneficiary Record | US-005746-5747 | | |
| 1-27 | Work History Report, Form SSA-3369 | US-0008007-8015 | | |
| 1-28 | Work History Report (7/15/2013) | US-0008192-8200 | | |
| 1-29 | Pain Questionnaire (7/15/2013) | US-0008201-8206 | | |
| 1-30 | Function Report – Adult, Third Party (7/15/2013) | US-0008207-8221 | | |
| 1-31 | Function Report – Adult, Third Party (10/23/2013) | US-0008339-8353 | | |
| 1-32 | Exhibit No. 15F (Progress Notes) | US-0008664-8673 | | |
| 1-33 | Exhibit No. 11D (2012 U.S. Individual Income Tax Return) | US-0008706-8717 | | |
| 1-34 | SSA Overpayment Calculation | US-0038627 | | |
| 1-35 | Form SSA-820-BK (blank) | US-0039329-39336 | | |
| | | | | |
| | **DC Honeybees Records** | | | |
| 2-1 | YouTube screenshot, DC Honeybees TV (11/12/13) "Our Second Trip to Florida" | US-0032838-32839 | | |
| 2-2 | YouTube screenshot, DC Honeybees TV (8/24/12) "Tagging Along with a Commercial Beekeeper" | US-0032840-32841 | | |
| 2-3 | YouTube screenshot, DC Honeybees TV (Sept 2014) "Trip to Florida, Day 1" | US-0032842-32843 | | |
| 2-4 | YouTube screenshot, DC Honeybees TV (9-29-13) "Commercial Beekeeping in FLA" | US-0032844-32845 | | |
| 2-5 | YouTube screenshot, DC Honeybees TV (3-26-13) "We Package Bees for Transport North" | US-0032846-32847 | | |
| 2-6 | YouTube screenshot, DC Honeybees TV (1-18-12) "Commercial Pollination in Florida" | US-0032848-32849 | | |

| | | | | |
|---|---|---|---|---|
| 2-7 | YouTube screenshot, DC Honeybees TV (9- 17-14) "Trip to Florida, Day 1" | US-0032850 | | |
| 2-8 | YouTube screenshot, DC Honeybees TV (1-18-13) "Commercial Pollination in Florida" | US-0032851 | | |
| 2-9 | YouTube screenshot, DC Honeybees TV (September 2013) "Our Trip to Florida" | US-0032852 | | |
| 2-10 | YouTube screenshot, DC Honeybees TV (3-26-13) "We Package Bees for Transport North" | US-0032853 | | |
| 2-11 | YouTube screenshot, DC Honeybees TV (8-24-12) "Tagging Along with a Commercial Beekeeper" | US-0032854 | | |
| 2-12 | YouTube screenshot, DC Honeybees TV (11-12-13) "Our Second Trip to Florida to Check on the Bees" | US-0032855 | | |
| 2-13 | Video, DC Honeybees TV (3/26/13) "We Package Bees for Transport North" | US-0032831 | | |
| 2-14 | Video, DC Honeybees TV (9/29/13) "Commercial Beekeeping in FLA" | US-0032833 | | |
| 2-15 | Video (1/18/13) "Commercial Pollination in Florida" | US-0032834 | | |
| 2-16 | Video, DC Honeybees TV (Sept 2014) "Trip to Florida, Day 1" | US-0032835 | | |
| 2-17 | Video, DC Honeybees TV (11/12/13) "Our Second Trip to Florida" | US-0032836 | | |
| 2-18 | Video (8/24/12) "Tagging Along with a Commercial Beekeeper" | US-0032837 | | |
| | | | | |
| | **Beesource.com Records** | | | |
| 3-1 | "matt1954" posts (9/24/2010 – 1/2/2016) | US-0002744-2855 | | |
| 3-2 | "matt1954" Registration IP Address | US-0002856 | | |
| 3-3 | "matt1954" user profile | US-0002857-2859 | | |

| | | | | |
|---|---|---|---|---|
| 3-4 | Beesource.com (The Birkey Group) Certification of Authenticity of Business Records | US-0035699 | | |
| 3-5 | "matt1954" private messages (matt1954PMs) | US-0038732-38776 | | |
| 3-6 | Transaction Details (matt1954_PP1) | US-0038777 | | |
| 3-7 | "matt1954" posts (12/25/016-1/2/2016) (matt1954documents) | US-38727-38731 | | |
| 3-8 | "matt1954" posts (9/24/2010 – 12/25/2015) (Forum Name) | US-0038642-38726 | | |
| 3-9 | Beesource.com (The Birkey Group) Certification of Authenticity of Business Records (1/5/2017) | US-0038641 | | |
| | | | | |
| | **Whole Foods Records** | | | |
| 4-1 | Spreadsheet | US-0039566 | | |
| 4-2 | Spreadsheet | US-0039635 | | |
| 4-3 | Spreadsheet | US-0035051 | | |
| 4-4 | Whole Foods Certification of Authenticity of Business Records | US-0037663 | | |
| | | | | |
| | **Texas Insurance & Financial Services Records** | | | |
| 5-1 | Insurance Policy (12/9/2014 - 12/9/2015) | US-0037162-37224 | | |
| 5-2 | Produce Source Partners, Certificate of Insurance Request | US-0037135 | | |
| 5-3 | Policy Changes, effective 6/11/2015 | US-0037017-37025 | | |
| 5-4 | Letter to Insured (7/8/2015) | US-0037040 | | |
| 5-5 | Package Confirmation of Coverage & Renewal Quotation | US-0037081-37087 | | |
| 5-6 | Policy Changes, effective 12/26/2013 | US-0037102 | | |
| 5-7 | Email thread, FW: Flood Insurance (Your Loss) | US-0037048-37052 | | |
| 5-8 | Email thread, FW; Rock Hill Honey Bee Farms | US-0037077-37079 | | |
| 5-9 | Email thread, Mattiaccio – FW: Claim | US-0037088-37090 | | |
| 5-10 | Email thread, Mattiacio – FW: Insurance on Bee Hives | US-0037091-37093 | | |

| | | | | |
|---|---|---|---|---|
| 5-11 | Email thread, Mattiaccio – FW: Insurance Renewal | US-0037094 | | |
| 5-12 | Email thread, RE: Insurance on Bee Hives | US-0037106-37108 | | |
| 5-13 | Email thread, FW: New Wording for COI | US-0037133-37134 | | |
| 5-14 | Email thread, FW: Pumpkins, Pumpkins and more Pumpkins | US-0037144-37145 | | |
| 5-15 | Email thread, Mattiaccio – Req from insrd to increase hives FW: Certificates of Insurance | US-0037153-37155 | | |
| 5-16 | Email thread, Req to increase colonies to 400 / FW: Binder | US-0037156-37159 | | |
| 5-17 | Email thread, FW: Overwintering Bees in Florida | US-0037136-37143 | | |
| 5-18 | Email thread, FW: Truck Insurance | US-0037150-37152 | | |
| 5-19 | Texas Insurance & Financial Services Certification of Authenticity of Business Records | US-0037662 | | |
| 5-20 | Farm & Ranch/Bee Data Sheet | US-0037008-37009 | | |
| 5-21 | Email thread & attachments, Rock Hill Honey Bee Farms – 2BA0025 – Endorsement 1 | US-0037013-37014 | | |
| 5-22 | Email thread & photo attachments, FW: Rock Hill Bee Farms, Avant Model 528 S/N 74363 | US-0037064-37072 | | |
| 5-23 | Email & attachment, Mattiaccio – Req to increase prod liab to $2mill | US-0037103-37104 | | |
| 5-24 | Email thread, FW: Avant 528 with Pallet Forks Rental Paperwork | US-0037044-37047 | | |
| 5-25 | Insurance Policy (12/9/2011 to 12/9/2012) | US-0039039-39075 | | |
| 5-26 | Policy Changes, effective 7/27/2012 | US-0039291-39301 | | |
| 5-27 | Insurance Policy (12/11/2012 to 12/11/2013) | US-0039284 | | |
| 5-28 | AmWINS Binder (12/12/2012) | US-0039285-39288 | | |
| 5-29 | Invoice (8/21/2012) | US-0039289-39290 | | |
| 5-30 | Renewal Quotation (12/9/2013) | US-0039146-39151 | | |
| 5-31 | Package Confirmation of Coverage (12/11/2013) | US-0039152-39159 | | |

| | | | | |
|---|---|---|---|---|
| 5-32 | Insurance Policy (12/9/2013 to 12/9/2014) | US-0039160-39214 | | |
| 5-33 | AmWINS Binder (12/12/2011) | US-0039302-39304 | | |
| 5-34 | Evanston Insurance Policy (12/9/2016 to 12/9/2017) | US-0039221-39283 | | |
| 5-35 | Policy Premium and Surplus Lines Tax Summary & Binder -2BA0052 (12/9/2016 to 12/9/2017) | US-0039077-39082 | | |
| | | | | |
| | **Virginia Department of Agriculture and Consumer Services Records** | | | |
| 6-1 | Bill of Lading, Rock Hill Honey Bee Farms | US-0037435 | | |
| 6-2 | Apiary Inspection Reports | US-0037404-37416 | | |
| 6-3 | Letter from Mattiaccio & attachments Re: Request for Import Certificate (3/7/2015) | US-0037398-37403 | | |
| 6-4 | Certificate of Apiary Inspection for Out of State (3/22/2016) | US-0037397 | | |
| 6-5 | Florida Apiary Inspection Report | US-0037389 | | |
| 6-6 | VDACS Online Agency Registration System | US-0037390 | | |
| 6-7 | Entry Permit (3/31/2015) | US-0037391 | | |
| 6-8 | Entry Permit (3/23/2016) | US-0037392 | | |
| 6-9 | Entry Permit (4/9/2014) | US-0037393-37394 | | |
| 6-10 | Entry Permit (4/29/2016) | US-0037395-37396 | | |
| 6-11 | Virginia Department of Agriculture & Consumer Services (State Apiarist) Certification of Authenticity of Business Records | US-0038606-38607 | | |
| 6-12 | Apiary Inspection Reports (Sept. 2012) | US-0037384-37387 | | |
| 6-13 | Virginia Department of Agriculture and Consumer Services, Apiary Inspection Report (5/13/2016) | US-00037417-37418 | | |
| 6-14 | National Honey Bee Disease and Pest Survey (5/14/14) | US-00037419-37420 | | |
| 6-15 | National Honey Bee Survey/Funded by USDA/APHIS – Honey Bee Diagnostic Report, Sample ID: VA-02 (7/23/2014) | US-00037421-37425 | | |

| | | | | |
|---|---|---|---|---|
| 6-16 | National Honey Bee Survey/Funded by USDA/APHIS – Honey Bee Diagnostic Report, Sample ID: VA-03 (7/23/2014) | US-00037426-37430 | | |
| 6-17 | Bee Disease Diagnosis (9/7/2012) | US-0037388 | | |
| | | | | |
| | **Bank of America Records** | | | |
| 7-1 | Account x2954 Statements & Signature Card | US-0002865-2894 | | |
| 7-2 | Account x3870 Statements | US-0002899-3264 | | |
| 7-3 | Account x3870 Signature Card | US-0002895-2897 | | |
| 7-4 | Account x7506 Signature Card | US-0003265-3269 | | |
| 7-5 | Account x7506 Signature Card | US-0034997-34999 | | |
| 7-6 | Account x7506 Statements | US-0003271-3572; US-0005325-5330; US-0005341-5346; US-0005357-5362; US-0005373-5378; US-0005389-5394; US-0005403-5408 | | |
| 7-7 | Check | US-0003573 | | |
| 7-8 | Check | US-0003575 | | |
| 7-9 | Check | US-0003577 | | |
| 7-10 | Check | US-0003591 | | |
| 7-11 | Check | US-0003597 | | |
| 7-12 | Check | US-0003605 | | |
| 7-13 | Check | US-0003607 | | |
| 7-14 | Check | US-0003609 | | |
| 7-15 | Check | US-0003611 | | |
| 7-16 | Check | US-0003613 | | |
| 7-17 | Check | US-0003623 | | |
| 7-18 | Check | US-0003625 | | |
| 7-19 | Check | US-0003633 | | |
| 7-20 | Check | US-0003635 | | |
| 7-21 | Check | US-0003649 | | |
| 7-22 | Check | US-0003659 | | |
| 7-23 | Check | US-0003663 | | |
| 7-24 | Check | US-0003689 | | |

| 7-25 | Check | US-0003695 | | |
|------|-------|------------|---|---|
| 7-26 | Check | US-0003697 | | |
| 7-27 | Check | US-0003715 | | |
| 7-28 | Check | US-0003719 | | |
| 7-29 | Check | US-0003725 | | |
| 7-30 | Check | US-0003729 | | |
| 7-31 | Check | US-0003731 | | |
| 7-32 | Check | US-0003735 | | |
| 7-33 | Check | US-0003737 | | |
| 7-34 | Check | US-0003757 | | |
| 7-35 | Check | US-0003759 | | |
| 7-36 | Check | US-0003763 | | |
| 7-37 | Check | US-0003765 | | |
| 7-38 | Check | US-0003767 | | |
| 7-39 | Check | US-0003771 | | |
| 7-40 | Check | US-0003789 | | |
| 7-41 | Check | US-0003793 | | |
| 7-42 | Check | US-0003801 | | |
| 7-43 | Check | US-0003805 | | |
| 7-44 | Check | US-0003811 | | |
| 7-45 | Check | US-0003813 | | |
| 7-46 | Check | US-0003821 | | |
| 7-47 | Check | US-0003827 | | |
| 7-48 | Check | US-0003829 | | |
| 7-49 | Check | US-0003837 | | |
| 7-50 | Check | US-0003839 | | |
| 7-51 | Check | US-0003847 | | |
| 7-52 | Check | US-0003855 | | |
| 7-53 | Check | US-0003887 | | |
| 7-54 | Check | US-0003897 | | |
| 7-55 | Check | US-0003907 | | |
| 7-56 | Check | US-0003909 | | |
| 7-57 | Check | US-0003927 | | |
| 7-58 | Check | US-0003929 | | |
| 7-59 | Check | US-0003947 | | |
| 7-60 | Check | US-0003951 | | |
| 7-61 | Check | US-0003983 | | |
| 7-62 | Check | US-0004012-4013 | | |
| 7-63 | Check | US-0004030-4031 | | |

| | | | | |
|---|---|---|---|---|
| 7-64 | Check | US-0004054-4055 | | |
| 7-65 | Check | US-0004102-4103 | | |
| 7-66 | Check | US-0004176-4177 | | |
| 7-67 | Check | US-0004462-4463 | | |
| 7-68 | Check | US-0004736-4737 | | |
| 7-69 | Check | US-0004740-4741 | | |
| 7-70 | Check | US-0004754-4755 | | |
| 7-71 | Check | US-0004768-4769 | | |
| 7-72 | Check | US-0004772-4773 | | |
| 7-73 | Check | US-0004846-4847 | | |
| 7-74 | Check | US-0004882-4883 | | |
| 7-75 | Bank of America Certification of Authenticity of Business Records | US-0035334-35335 | | |
| | | | | |
| | **DHA & Employment Records** | | | |
| 8-1 | Mattiaccio resume | US-0005414-5416 | | |
| 8-2 | Mattiaccio LinkedIn page | US-0032621-32624 | | |
| 8-3 | Email thread, RE: | US-0022304 | | |
| 8-4 | Email, New Whole Foods Order | US-0022194 | | |
| 8-5 | Email, New Order-Dan's Wellness Pharmacy | US-0022305 | | |
| 8-6 | Email, packages | US-0022585 | | |
| 8-7 | Email, stuff | US-0023748 | | |
| 8-8 | Email, bee calls | US-0023755 | | |
| 8-9 | Email, Bees | US-0024483 | | |
| 8-10 | Email, Nuc order | US-0026005 | | |
| 8-11 | Email, Bees | US-0026389 | | |
| 8-12 | Email, Package bee orders | US-0026766 | | |
| 8-13 | DHA Employment Application | US-0005411-5413 | | |
| 8-14 | DHA Letter to Mattiaccio (5/16/2012) | US-0005440 | | |
| 8-15 | DHA Letter to Mattiaccio (5/30/2012) | US-0005443-5444 | | |
| 8-16 | DHA Earnings Statements | US-0005535-5564 | | |
| 8-17 | DHA Timesheets | US-0005565-5577 | | |
| 8-18 | DHA Group W-2 (2011) | US-0005578-5580 | | |
| 8-19 | DHA Group W-2 (2012) | US-0005581-5583 | | |
| 8-20 | Mattiaccio Resume from Department of Veteran's Affairs Records | US-00015964-15969 | | |
| | | | | |
| | | | | |

|      | **Court Records**                                                                                   |                       |  |  |
|------|-----------------------------------------------------------------------------------------------------|-----------------------|--|--|
| 9-1  | Certified Copy of EDVA misdemeanor conviction for false advertising or misuse of names to indicate Federal agency (2003) | US-00039562-39546     |  |  |
| 9-2  | Certified Copy of Prince William County conviction for felony obtaining money by false pretenses (2005) | US-00037431-37434     |  |  |
| 9-3  | Stafford County Circuit Court Complaint Mattiaccio v. Bjorkman (12/2/2015)                          | US-0005819-5822       |  |  |
| 9-4  | EDVA Criminal Information 1:03-M-1321-                                                              | US-0005584            |  |  |
| 9-5  | EDVA Plea Agreement Statement of Facts 1:03-M-1321                                                  | US-0005586-5596       |  |  |
| 9-6  | G. Mattiaccio EDVA bankruptcy petition (1997)                                                       |                       |  |  |
| 9-7  | S. Mattiaccio EDVA bankruptcy filings (petition and pleadings) (2013)                               |                       |  |  |
|      |                                                                                                     |                       |  |  |
|      | **Tax Records**                                                                                     |                       |  |  |
| 10-1 | Certified copy of 2012 Tax Return                                                                   |                       |  |  |
| 10-2 | Certified copy of 2013 Tax Return                                                                   |                       |  |  |
| 10-3 | Certified copy of 2014 Tax Return                                                                   |                       |  |  |
| 10-4 | Certified copy of 2015 Tax Return                                                                   |                       |  |  |
|      |                                                                                                     |                       |  |  |
|      | **Credit Card Records**                                                                             |                       |  |  |
| 11-1 | Capital One Application Information & Transaction Search Results (Account x3632)                    | US-0005912-5915       |  |  |
| 11-2 | Capital One Statements (Account x3632)                                                              | US-0005916-5999       |  |  |
| 11-3 | Capital One Application Information & Transaction Search Results (Account x5431)                    | US-0006000-6005       |  |  |
| 11-4 | Capital One Statements (Account x5431)                                                              | US-0006006-6126       |  |  |
| 11-5 | Capital One Certification of Authenticity of Business Records                                       | US-0035238            |  |  |
| 11-6 | Chase Statements (Account x2228)                                                                    | US-0035255-35292      |  |  |
| 11-7 | Chase Statements (Account x6361)                                                                    | US-0035294-35332      |  |  |
| 11-8 | Chase Certification of Authenticity of Business Records                                             | US-0035253            |  |  |

|      |                                                                            |                              |  |  |
|------|----------------------------------------------------------------------------|------------------------------|--|--|
|      | **USAA Federal Savings Bank Records**                                      |                              |  |  |
| 12-1 | USAA Federal Savings Bank Statements & Signature Cards (Accounts x181 and x203) | US-0014662-14933        |  |  |
| 12-2 | USAA Federal Savings Bank Certification of Authenticity of Business Records | US-0014660                   |  |  |
|      |                                                                            |                              |  |  |
|      | **Social Media & Public Source Records**                                   |                              |  |  |
| 13-1 | Rock Hill Honey Bee Farms Facebook page screenshots                        | US-0005897-5911              |  |  |
| 13-2 | Rock Hill Honey Bee Farms website screenshots                              |                              |  |  |
| 13-3 | DC Honey Bees website screenshots                                          |                              |  |  |
|      |                                                                            |                              |  |  |
|      | **PayPal & Square Records**                                                |                              |  |  |
| 14-1 | PayPal records, intercrime2@yahoo.com                                      | US-0008736-8752              |  |  |
| 14-2 | PayPal records, jmattiaccio@richmondgroupintl.com                          | US-0008753-8802              |  |  |
| 14-3 | Square records                                                             | US-0005828 & US-0005829      |  |  |
| 14-4 | Square Certification of Authenticity of Business Records                   | US-00035681                  |  |  |
| 14-5 | PayPal Certification of Authenticity of Business Records                   | US-0038632                   |  |  |
|      |                                                                            |                              |  |  |
|      | **Rock Hill Honey Beekeeping Course Records**                              |                              |  |  |
| 15-1 | Rock Hill Basic Beekeepers Course Registration Form (3/28/2015)            | US-0038778-38779             |  |  |
| 15-2 | Bee Diseases Short Course PowerPoint                                       | US-0038781-38823             |  |  |
| 15-3 | Rock Hill Honey Bee Farms PowerPoint, Beginning Beekeeping Class           | US-0038890-38936             |  |  |
| 15-4 | The Colony and Its Organization Handout                                    | US-0038937-38943             |  |  |
| 15-5 | Northern Virginia Honeybee Annual Cycle Handout                            | US-0038878-38889             |  |  |
| 15-6 | Rock Hill Honey Bee Farms Managing Your Nucs Handout                       | US-0038870-38877             |  |  |
| 15-7 | Hive Inspection Checklist                                                  | US-00039354                  |  |  |
| 15-8 | VDACS Bee Grant                                                            | US-00039472 - 39475          |  |  |

| | | | | |
|---|---|---|---|---|
| 15-9 | Email thread, FW: Thank you for your order | US-0038955-38957 | | |
| 15-10 | Email thread, FW Bees – Been trying to reach you | US-0038954 | | |
| 15-11 | Email thread, FW Beekeeping Class Roster (3/28/2015) | US-0038952-38953 | | |
| 15-12 | Email thread, FW Bee Keeping Class | US-0038948-38951 | | |
| 15-13 | Email thread, FW Bee Box | US-00039563-39564 | | |
| 15-14 | Email, FW: Basic Beekeeper Course | US-00039349-39351 | | |
| 15-15 | Email thread, FW Basic Beekeeping Class | US-00039352 | | |
| 15-16 | Email thread, FW Bee Class Materials | US-0038824-38825 | | |
| 15-17 | Email thread, FW Bee Class Materials (Lilly version) | US-0039353 | | |
| 15-18 | Email thread, FW: Thank you for your order (Lilly version) | US-00039485-39487 | | |
| 15-19 | Email thread, FW: Your Payment to Rock Hill HoneyBee Farms, Inc. | US-00039488-39489 | | |
| 15-20 | Email thread, FW: Basic Beekeeping Class – March 28, 2015 | US-00039352 | | |
| 15-21 | Email thread, FW: Beekeeping Class Roster | US-00039478-39479 | | |
| 15-22 | Email thread, FW: Re: Beekeeping Class Roster | US-00039480-39482 | | |
| | | | | |
| | **Virginia Department of Agriculture Beekeeping Meeting Records** | | | |
| 16-1 | Agenda: VDACS Listening Sessions – Voluntary Pollinator Protection Plan | US-0039305 | | |
| 16-2 | Virginia State Managed Pollinator Protection Plan, Stakeholder Listening Sessions | US-0039306-39321 | | |
| | | | | |
| | **Invoices** | | | |
| 17-1 | VP Queens of Frederick, Maryland Invoice | US-0038637-38640 | | |
| | | | | |
| | **Summary Charts** | | | |
| 18-1 | Bank of America<br>January 2012-May 2016<br>Monthly Gross Income | | | |

| | | | | |
|---|---|---|---|---|
| 18-2 | Mattiaccio Title II Disability Benefits Payments | | | |
| 18-3 | Whole Foods Payments to Rock Hill Honey Bee Farms | | | |

                                        Respectfully submitted,

                                        DANA J. BOENTE
                                        United States Attorney

By:              /s/
        Kimberly R. Pedersen
        Samantha P. Bateman
        Assistant United States Attorneys
        United States Attorney's Office
        Justin W. Williams Office Building
        2100 Jamieson Ave.
        Alexandria, Virginia 22314-5794
        Phone: 703-299-3700
        Fax:    703-299-3981
        Email: Kimberly.Pedersen@usdoj.gov
        Email: Samantha.Bateman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By:         /s/
       Kimberly R. Pedersen
       Samantha P. Bateman
       Assistant United States Attorney
       United States Attorney's Office
       Justin W. Williams Office Building
       2100 Jamieson Ave.
       Alexandria, Virginia 22314-5794
       Phone: 703-299-3700
       Fax:    703-299-3981
       Email: Kimberly.Pedersen@usdoj.gov
       Email: Samantha.Bateman@usdoj.gov